Shawn A. BELL, a/k/a Taylor,
Plaintiff–Appellant,

v.

OFFICE OF PUBLIC DEFENDER–
DISTRICT 3; Jame "Jim" Close;
James Norstrand; John Northrop;
Stefan Skipp, Defendants–Appellees.

No. 14–1806.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 20, 2014.

Shawn A. Bell, Appellant Pro Se.

Before MOTZ, WYNN, and THACKER,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Shawn A. Bell appeals the district
court's order dismissing as frivolous, under
28 U.S.C. § 1915(e) (2012), her civil rights
complaint. We have reviewed the record

and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bell v. Office of Public Defender*, No. 1:14–cv–02345–ELH (D. Md. filed Aug. 4, 2014; entered Aug. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*